IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carroll-Davis, Rhonda L

Printed: 10/9/07

Case Number: 05 B 17357
Judge: Squires, John H

Filed: 5/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 20, 2007
Confirmed: July 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 32,640.17 |  |
| Secured: |  | 19,749.06 |
| Unsecured: |  | 8,990.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 1,706.59 |
| Other Funds: |  | 0.15 |
| Totals: | 32,640.17 | 32,640.17 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 2,194.00 | 2,194.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 6. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 2,601.83 | 567.55 |
| 8. | Toyota Motor Credit Corporatio | Secured | 19,181.51 | 19,181.51 |
| 9. | Peoples Energy Corp | Unsecured | 685.59 | 141.78 |
| 10. | Target National Bank | Unsecured | 57.42 | 57.42 |
| 11. | American General Finance | Unsecured | 3,168.00 | 3,168.00 |
| 12. | SBC | Unsecured | 901.30 | 901.30 |
| 13. | Illinois Student Assistance Commission | Unsecured | 449.49 | 449.49 |
| 14. | Toyota Motor Credit Corporatio | Unsecured | 3,622.02 | 3,622.02 |
| 15. | ECast Settlement Corp | Unsecured | 650.36 | 650.36 |
| 16. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 17. | Medical Collections | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 20. | Citibank | Unsecured |  | No Claim Filed |
| 21. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 23. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,511.52 | $ 30,933.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carroll-Davis, Rhonda L

Printed:  10/9/07

Case Number:  05 B 17357
Judge:  Squires, John H
Filed:  5/3/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 102.33 |
| 5.5% | 1,428.02 |
| 5% | (3.79) |
| 4.8% | 3.01 |
| 5.4% | 177.02 |
| | _____ |
| | $ 1,706.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_